UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



FILED
U.S. DIST. COURT
MIDDLE DIST. OF L
2015 NOV 20 PM 3:50

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | : | MISC. NO. 15-mj-123 |
| CELLULAR TELEPHONE NUMBER | : | |
| (404) 345-3693, IMSI: 310410829460700 | : | **UNDER SEAL** |

## MOTION TO SEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT, SEARCH WARRANT, AND SEARCH WARRANT RETURN

NOW INTO COURT comes the undersigned Assistant United States Attorney who represents that:

The United States moves to seal the above captioned application and affidavit for search warrant, the search warrant, and the search warrant return for the following reason:

Publication of this application and affidavit for search warrant, the search warrant, and the search warrant return at this time would prejudice an ongoing federal criminal investigation.

WHEREFORE, the United States prays that the application and affidavit for search warrant, the search warrant, the search warrant return, and this Motion and Order to Seal be sealed.

UNITED STATES OF AMERICA, by

J. WALTER GREEN
UNITED STATES ATTORNEY

Kevin R. Sanchez, GAB 508766
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana   70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: kevin.sanchez2@usdoj.gov

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | : | MISC. NO. 15-mj-123 |
| CELLULAR TELEPHONE NUMBER | : | |
| (404) 345-3693, IMSI: 310410829460700 | : | **UNDER SEAL** |

## O R D E R

Considering the foregoing,

IT IS HEREBY ORDERED, that the application and affidavit in support of a search warrant, the search warrant, and the search warrant return in this matter be sealed until further orders from the Court,

IT IS FURTHER ORDERED that this Motion and Order be sealed; however, nothing in this Order shall preclude transmission of this Order to the United States Attorney's Office or representatives of the Drug Enforcement Administration.

Baton Rouge, Louisiana, this _____ day of November, 2015.


_____
HONORABLE RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE